1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JP MORGAN CHASE BANK, N.A.,        )
                                    )        2:08-CV-01711-PMP-RJJ
            Plaintiff,              )        **BASE FILE**
                                    )
vs.                                 )        2:08-CV-01717-PMP-RJJ
                                    )        2:08-CV-01714-PMP-RJJ
                                    )        2:08-CV-01715-PMP-RJJ
                                    )        2:08-CV-01709-PMP-RJJ
KB HOME, et al.,                    )        2:08-CV-01713-PMP-RJJ
                                    )        2:08-CV-01716-PMP-RJJ
                                    )
            Defendants.             )        2:09-CV-01154-PMP-RJJ
                                    )        2:09-CV-01547-PMP-RJJ
                                    )        2:09-CV-01548-PMP-RJJ
_____)        2:09-CV-01549-PMP-RJJ
                                    )        2:09-CV-01550-PMP-RJJ
                                    )        2:09-CV-01551-PMP-RJJ
                                    )        2:09-CV-01552-PMP-RJJ
                                    )
                                    )
                                    )        **ORDER**
                                    )
AND ALL RELATED ACTIONS             )
_____)

21    Having read the Second Joint Status Report (Doc. #400) filed August 2,

22 2011, by the parties to this action pursuant to the Court's Order (Doc. #395) entered

23 February 8, 2011.  The Court concludes that it would be helpful to conduct a status

24 conference with counsel to address the various deadlines referenced in paragraph 6

25 of the Second Joint Status Report and the status of Non-Settlement Parties.

26

**IT IS THEREFORE ORDERED that** these consolidated actions are

hereby set for a Status Conference on **Monday, November 14, 2011,** at **10:00 a.m.,**

**Courtroom 7-C.**


DATED:  August 3, 2011.

_____

PHILIP M. PRO
United States District Judge