LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone: 702.949.8320
Facsimile:   702.949.8321
E-mail:      rcharles@LRLaw.com

MORRISON & FOERSTER LLP
James E. Hough (NY 2109775) (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York  10104-0050
Telephone: 212. 468.8000
Facsimile:   212. 468.7900
E-mail:      jhough@mofo.com

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMorgan Chase Bank, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>Focus South Group, LLC and John A. Ritter<br><br>Defendants. | **Case Nos.:**<br>Case No. 2:09-cv-01550<br>Case No. 2:09-cv-01549<br>Case No. 2:09-cv-01548<br>Case No. 2:09-cv-01551<br>Case No. 2:09-cv-01552<br>Case No. 2:08-cv-01709<br>Case No. 2:08-cv-01711<br>Case No. 2:08-cv-01713<br>Case No. 2:08-cv-01716<br>Case No. 2:08-cv-01715<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

This Stipulation (the "Stipulation") is entered as of December 9, 2011 by and between Plaintiff JPMorgan Chase Bank, N.A. in its capacity as Administrative Agent ("JPMorgan") on the one hand and the following parties (the "Dismissed Defendants") on the other:

- Defendants John A. Ritter and Focus South Group, LLC (the "Focus Parties")
- Defendants KB Home and KB Home Nevada Inc.
- Defendants Toll Brothers Inc. and Coleman-Toll Limited Partnership
- Defendants Weyerhaeuser Real Estate Company and Pardee Homes of Nevada
- Defendants Beazer Homes USA, Inc. and Beazer Homes Holding Corp.

1

**STIPULATION OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Recitals**

1.    WHEREAS on December 5, 2008, JPMorgan (in its capacity as Administrative Agent, on behalf of the Lenders) commenced the "Completion Guaranty Cases" in the Southern District of New York.  The Completion Guaranty Cases were ultimately transferred to the United States District Court for the District of Nevada.  The Completion Guaranty Cases filed against the Dismissed Defendants are captioned[1]:

- *JPMorgan Chase Bank, N.A. v. Focus South Group, LLC and John A. Ritter*, Case No. 2:09-cv-01550
- *JPMorgan Chase Bank, N.A. v. KB Home and KB Home Nevada Inc.*, Case No. 2:09-cv-01549
- *JPMorgan Chase Bank, N.A. v. Coleman-Toll Limited Partnership and Toll Brothers, Inc.*, Case No. 2:09-cv-01548
- *JPMorgan Chase Bank, N.A. v. Weyerhaeuser Real Estate Company and Pardee Homes of Nevada*, Case No. 2:09-cv-01551
- *JPMorgan Chase Bank, N.A. v. Beazer Homes USA, Inc. and Beazer Homes Holdings Corp.*, Case No. 2:09-cv-01552

2.    WHEREAS on December 5, 2008, JPMorgan (in its capacity as Administrative Agent, on behalf of the Lenders) also commenced the "UCC Cases" in the United States District Court for the District of Nevada (the "UCC Cases").  The UCC Cases filed against the Dismissed Defendants are captioned[2]:

- *JPMorgan Chase Bank, N.A. v. Focus South Group, LLC and John A. Ritter*, Case No. 2:08-cv-01709
- *JPMorgan Chase Bank, N.A. v. KB Home and KB Home Nevada Inc.*, Case No. 2:08-cv-01711
- *JPMorgan Chase Bank, N.A. v. Coleman-Toll Limited Partnership and Toll Brothers, Inc.*, Case No. 2:08-cv-01713
- *JPMorgan Chase Bank, N.A. v. Weyerhaeuser Real Estate Company and Pardee Homes of Nevada*, Case No. 2:08-cv-01716
- *JPMorgan Chase Bank, N.A. v. Beazer Homes USA, Inc. and Beazer Homes Holdings*

---

[1] JPMorgan also filed a Completion Guaranty case against Meritage Homes Corp. and Meritage Homes of Nevada, Inc. ("Meritage") (*JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc.*, Case No. 2:09-cv-01547).  Subject to the Meritage defendants' consent, JPMorgan proposes to dismiss the case against the Meritage defendants without prejudice.

[2] JPMorgan also filed a UCC case against Meritage (*JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc.*, Case No. 2:08-cv-01717). Subject to the Meritage defendants' consent, JPMorgan proposes to dismiss the UCC Case against the Meritage defendants without prejudice.

**STIPULATION OF DISMISSAL**

ny-1001289

*Corp.*, Case No. 2:08-cv-01715

3.   WHEREAS the Completion Guaranty Cases and the UCC Cases were subsequently consolidated for discovery purposes, in a base case entitled *JPMorgan Chase Bank, N.A. v KB Home, et al.*, Case No. 2:08-cv-01711-PMP-RJJ (United States District Court for the District of Nevada).

4.   WHEREAS on December 9, 2010, JPMorgan (in its individual capacity as Lender), Credit Agricole Corporate and Investment Bank and Wells Fargo Bank, N.A. (collectively, the "Petitioning Creditors") filed an involuntary petition under chapter 11 of the United States Bankruptcy Code against South Edge, LLC ("South Edge"), commencing a case entitled *In re: South Edge, LLC*, United States Bankruptcy Court for the District of Nevada, Case No. 10-32968-BAM (the "South Edge Bankruptcy Case"), and JPMorgan, in its capacities as Administrative Agent and a creditor, sought the appointment of an interim and permanent chapter 11 trustee.

5.   WHEREAS on February 3, 2011, the Bankruptcy Court in the South Edge Bankruptcy Case entered an order for relief on the Petitioning Creditors' involuntary petition, as well as an order directing the appointment of a chapter 11 trustee.

6.   WHEREAS JPMorgan in its capacity as Administrative Agent, together with the Settling Builders,[3] proposed and filed in the South Edge Bankruptcy Case the Joint Plan of Reorganization Proposed by JPMorgan Chase Bank, N.A., as Administrative Agent Under the Prepetition Credit Agreement, and the Settling Builders (Amended as of October 21, 2011), ECF No. 1309 (the "Plan"), which Plan was confirmed by order of the Bankruptcy Court dated October 27, 2011, ECF No. 1335].  The Plan provides for, among other things, a settlement among the Agent and the Settling Builders, and the assignment of South Edge's real estate and certain other assets to the Acquirer, all as defined and provided in the Plan.  On November 18, 2011, the Plan became effective.  Pursuant to the Plan, the Settling Builders paid in full the amounts sought by JPMorgan pursuant to the repayment guarantees provided by the Settling

---

[3] The Settling Builders are all of the Dismissed Defendants with the exception of the Focus Parties and Alameda Investments, LLC.

**STIPULATION OF DISMISSAL**

ny-1001289

1  Builders (which repayment guarantees had been triggered as a result of the entry of the order for

2  relief in the South Edge Bankruptcy Case).  In total, the Settling Builders funded more than $330

3  million in repayment guarantee and other amounts pursuant to the Plan.

4      7.   WHEREAS the Settling Builders, the Focus Parties, and JPMorgan (solely in its

5  capacity as Administrative Agent) are parties to the Settlement and Mutual Release dated as of

6  October 17, 2011 (the "Settlement Agreement"), under which the parties thereto resolved, among

7  other things, all claims and potential claims between the Focus Parties, on the one hand, and the

8  Settling Builders, (to the extent practicable and permissible under the Credit Agreement) the

9  Administrative Agent, and the Trustee (on behalf of South Edge and its bankruptcy estate), on the

10  other hand.  Pursuant to the Settlement Agreement, the Focus Parties and various of their

11  affiliates received $40.4 million, including $35.4 million paid by the Settling Builders.

12      8.   WHEREAS, among other parties, the Settling Builders, JPMorgan (solely in its

13  capacity as Administrative Agent), Inspirada Builders, LLC, South Edge (by Inspirada Builders

14  LLC) and the Alameda Liquidating Trust, as successor-in-interest to Alameda Investments, LLC,

15  are parties to the Settlement Agreement and Mutual Release of Claims dated as of November 8,

16  2011 (the "Alameda Settlement Agreement"), under which the parties thereto granted the mutual

17  releases provided for therein and agreed to consolidate and allow a single, $56 million claim

18  against the Alameda Liquidating Trust in favor of South Edge.

19  **Stipulation**

20      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

21  attorneys for JPMorgan and the Dismissed Defendants, as follows:

22      1.   In accordance with the Plan, the Settlement Agreement and the Alameda Settlement

23  Agreement, the UCC Cases and Completion Guaranty Cases filed against the Dismissed

24  Defendants should be dismissed, in each case without prejudice, and without costs to any party.

25      2.   This stipulation may be approved by the Court on an *ex parte* basis under Federal

26  Rule of Civil Procedure 41(a)(2).

27

28

**STIPULATION OF DISMISSAL**

ny-1001289

1

2

Dated:  December 9, 2011

3

By:   /s/ Anthony P. Sgro                              By:    /s/ Robert M. Charles, Jr.
      PATTI SGRO & LEWIS                                     LEWIS AND ROCA LLP

4

      Anthony P. Sgro                                        Robert M. Charles, Jr.
      720 South 7th Street, 3rd Floor                        3993 Howard Hughes Parkway, Suite 600

5

      Las Vegas, NV 89101                                    Las Vegas, Nevada 89169-5996
      Telephone:  (702) 385-9595                             Telephone:702.949.8320
      Facsimile:  (702) 386-2737                             Facsimile: 702.949.8321

6

                                                             E-mail:     rcharles@LRLaw.com

7

      WHITE & CASE, LLP
      Bryan A. Merryman                                      James E. Hough (Admitted *pro hac vice*)

8

      Roberto J. Kampfner                                    MORRISON & FOERSTER LLP
      633 W. 5th Street, Suite 1900                          1290 Avenue of the Americas

9

      Los Angeles, CA 90071                                  New York, NY  10104-0050
      Tel: (213) 620-7729                                    Tel.: 212.468.8000

10

      Facsimile: (213) 452-2329                              Fax:  212.468.7900
                                                             jhough@mofo.com

11

*Counsel for Defendants John A. Ritter,
and Focus South Group, LLC*                                  *Counsel for JPMorgan Chase Bank, N.A.*

12

  By: /s/ Andrew J. Detherage                            By: /s/ Fredric C. Nelson
      Andrew J. Detherage                                    Fredric C. Nelson (CA SBN 48402)

13

      Karoline E. Jackson                                    John R. Foote (CA SBN 99674)
      BARNES & THORNBURG LLP                                 NIXON PEABODY LLP

14

      11 S. Meridian Street                                  One Embarcadero Center, 18th Floor
      Indianapolis, Indiana 46204                            San Francisco, California 94111

15

      Tel: (317) 236-1313                                    Tel: (415) 984-8200
      Fax: (317) 231-7433                                    Fax: (415) 984-8300

16

      Andy.Detherage@btlaw.com                               fnelson@nixonpeabody.com

17

      Megan K. Dorsey                                        Pat Lundvall (NSBN 3761)
      KOELLER, NEBEKER, CARLSON,                             MCDONALD CARANO WILSON LLP

18

      & HALUCK, LLP                                          2300 West Sahara Avenue, Suite 1000
      300 S. 4th St., # 500                                  Las Vegas, Nevada 89102

19

      Las Vegas, Nevada 89101                                Tel: (702) 873-4100
      Tel: (702) 853-5500                                    Fax: (702) 873-9966

20

      Fax: (702) 853-5599

21

                                                             *Counsel for Defendants Pardee Homes of
*Counsel for Defendants Beazer Homes*                        *Nevada and Weyerhaeuser Real Estate*

22

*Holdings Corp. and Beazer Homes*                            *Company*
*USA, Inc.*

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
ny-1001289

1   By: /s/ Bruce E. Van Dalsem              By: /s/ Mark T. Drooks
        Bruce E. Van Dalsem                      Mark T. Drooks
2       Michael T. Lifrak                        Thomas V. Reichert
        QUINN EMANUEL URQUHART &                 Benjamin D. Lichtman
3       SULLIVAN, LLP                            BIRD, MARELLA, BOXER, WOLPERT,
        865 S. Figueroa Street, 10th Floor       NESSIM, DROOKS & LINCENBERG,
4       Los Angeles, California 90017            P.C.
        Tel: (213) 443-3000                      1875 Century Park East
5       Fax: (213) 443-3100                      Los Angeles, California 90067
        brucevandalsem@quinnemanuel.com          Tel: (310) 201-2100 Fax:
6                                                (310) 301-2110
                                                 mtd@birdmarella.com
7
        Donald Lattin                            Donald Lattin
8       MAUPIN OATS COX& LEGOY, PC               MAUPIN OATS COX& LEGOY, PC
        4785 Caughlin Pkwy                       4785 Caughlin Pkwy
9       Reno, Nevada 89509                       Reno, Nevada 89509
        Tel: (775) 827-2000                      Tel: (775) 827-2000
10
        *Counsel for Defendants KB Home and*     *Counsel Defendants Coleman-Toll Limited*
11      *KB Home Nevada, Inc.*                   *Partnership and Toll Brothers, Inc.*

12

13

14      IT IS SO ORDERED

15      _____

16      PHILIP M. PRO
        UNITED STATES DISTRICT JUDGE
17

18      Dated:  December 12, 2011.

19

20

21

22

23

24

25

26

27

28

6
**STIPULATION OF DISMISSAL**

ny-1001289